# ORDER

PER CURIAM

**AND NOW,** this 24th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**

159 A.3d 942

Debbie HUGHEY, Petitioner

v.

WORKERS' COMPENSATION APPEAL BOARD (ANDORRA WOODS HEALTHCARE CENTER, aka—Lyric Health Care, aka—Encore Healthcare, aka—Rest Heaven, Esis Northeast WC Claims, Gallagher Bassett Services, Inc., Ace American Insurance Company and Pennsylvania Uninsured Employers Guaranty Fund), Respondents

Debbie Hughey, Petitioner

v.

Workers' Compensation Appeal Board (Andorra Woods Healthcare Center, aka—Lyric Health Care, aka—Encore Healthcare, aka—Rest Heaven, Esis Northeast WC Claims, Gallagher Bassett Services Inc., Ace American Insurance Company and Pennsylvania Uninsured Employers Guaranty Fund), Respondents

Debbie Hughey, Petitioner

v.

Workers' Compensation Appeal Board (Andorra Woods Healthcare Center, aka—Lyric Health Care, aka—Encore Healthcare, aka—Rest Heaven, Esis Northeast WC Claims, Gallagher Bassett Services Inc., Ace American Insurance Company and Pennsylvania Uninsured Employers Guaranty Fund), Respondents

No. 259 EAL 2016
No. 260 EAL 2016
No. 261 EAL 2016

Supreme Court of Pennsylvania.

October 24, 2016

## ORDER

PER CURIAM

**AND NOW,** this 24th day of October, 2016, the Petition for Allowance of Appeal, Application for Relief, Application to Expedite, and Application for Leave to File Post-Submission Communication are **DENIED.**

159 A.3d 943

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Ronald West HARSHMAN, Petitioner**

**No. 456 MAL 2016**

Supreme Court of Pennsylvania.

October 24, 2016

## ORDER

PER CURIAM

**AND NOW,** this 24th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**